ACCEPTED
15-24-00114-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/14/2025 4:00 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00114-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/14/2025 4:00:54 PM
CHRISTOPHER A. PRINE
Clerk

# In the Court of Appeals
# for the Fifteenth Judicial District

CECILE ERWIN YOUNG, IN HER OFFICIAL CAPACITY AS THE
EXECUTIVE COMMISSIONER OF THE TEXAS HEALTH AND HUMAN
SERVICES COMMISSION; MOLINA HEALTHCARE OF TEXAS, INC.;
AND AETNA BETTER HEALTH OF TEXAS, INC.

*Appellants*,

*v.*

COOK CHILDREN'S HEALTH PLAN, TEXAS CHILDREN'S HEALTH
PLAN, SUPERIOR HEALTH PLAN, INC., AND WELLPOINT
INSURANCE COMPANY,

*Appellees.*

On Appeal from the
353rd Judicial District Court, Travis County

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO APPELLEES' RULE 29.3 MOTIONS

**TO THE HONORABLE FIFTEENTH COURT OF APPEALS:**

In accordance with Texas Rule of Appellate Procedure 10.5(b), Appellant Cecile Erwin Young, in her official capacity as the Executive Commissioner of the Texas Health and Human Services Commission, files this motion for an extension of time to file a response to Appellees' three Rule 29.3 motions. This is Appellant's first request for an extension of time for this response, and it is unopposed.

## I.

Appellees filed three motions under Texas Rule of Appellate Procedure 29.3 on July 10, 2025. The current due date for Appellant to respond is July 21. *See* Tex. R. App. P. 10.3(a). Appellant requests a 30-day extension of the time to file a response, which would extend the due date to August 20. This request is not made for purpose of delay, but to allow counsel for Appellant adequate time to prepare a thorough response that will be helpful to the Court in assessing the motions.

## II.

The requested 30-day extension of time is necessary due to multiple engagements by Appellant's counsel that have required or will require significant attention, including:

- a response to a petition for rehearing en banc in *Wetherbe v. Texas Tech University System*, No. 19-11325, due to be filed in the United States Court of Appeals for the Fifth Circuit on July 16;

- a petition for rehearing en banc in *United States v. State of Texas*, No. 24-50149, currently due to be filed in the United States Court of Appeals for the Fifth Circuit on July 17;

- a response brief in *Elizondo v. Hinote*, No. 25-40007, due to be filed in the United States Court of Appeals for the Fifth Circuit on July 20;

- a reply brief on the merits in *City of Austin v. Paxton*, No. 24-1078, due to be filed in the Texas Supreme Court on July 25;

- oral argument in *Ballentine v. Broxton*, No. 24-50876, set for August 6, 2025, in the United States Court of Appeals for the Fifth Circuit; and

- ongoing responsibilities to assist with post-trial proceedings related to the redistricting trial in *LULAC v. Abbott*, No. 3:21-cv-00259 (W.D. Tex.), including the preparation of proposed findings of fact and conclusions of law due to be submitted to the district court on September 3.

In addition to briefing and argument obligations, counsel has numerous prelitigation, oversight, and managerial responsibilities—including those related to recent personnel changes—and continues to be staffed on other public and non-public litigation and advisory matters throughout the Office of the Attorney General.

The extension is sought in the interest of justice, not for delay, and no party will be prejudiced if this unopposed request for an extension of time is granted, including because no party is seeking expedited or emergency review. The extension is necessary because Appellant has now received three Rule 29.3 motions from four Appellees in this matter, and the volume of material requiring response is greater than the usual Rule 29.3 context, totaling over 150 pages. An extension of time will allow counsel for Appellant adequate time to review those materials and prepare a thorough response that will be helpful to the Court in assessing the motions.

# PRAYER

For these reasons, Appellant respectfully requests that the Court grant her unopposed motion for a 30-day extension of time to file her response, resulting in a new deadline of August 20, 2025.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

WILLIAM R. PETERSON
Solicitor General

WILLIAM F. COLE
Principal Deputy Solicitor General

/s/ Cory A. Scanlon
CORY A. SCANLON
Assistant Solicitor General
State Bar No. 24104599
Cory.Scanlon@oag.texas.gov

Counsel for Appellant Cecile Erwin Young

## Certificate of Conference

I certify that on July 14, 2025, I conferred with counsel for all parties, who informed me that they do not oppose the extension sought through this motion.

/s/ Cory A. Scanlon
CORY A. SCANLON

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Amanda Ruch on behalf of Cory Scanlon
Bar No. 24104599
amanda.ruch@oag.texas.gov
Envelope ID: 103109548
Filing Code Description: Motion
Filing Description: 20250714 MET Young v Cook Childrens Health Plan_Final
Status as of 7/14/2025 4:20 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Michaelle Peters | | mpeters@scottdoug.com | 7/14/2025 4:00:54 PM | SENT |
| Julie Wright | | julie.wright@nortonrosefulbright.com | 7/14/2025 4:00:54 PM | SENT |
| Amanda DoddsPrice | | amanda.price@squirepb.com | 7/14/2025 4:00:54 PM | SENT |
| Maria Williamson | | maria.williamson@oag.texas.gov | 7/14/2025 4:00:54 PM | SENT |
| Mandy Patterson | | mpatterson@adjtlaw.com | 7/14/2025 4:00:54 PM | SENT |
| Michelle Joyner | | mjoyner@scottdoug.com | 7/14/2025 4:00:54 PM | SENT |
| William FCole | | William.Cole@oag.texas.gov | 7/14/2025 4:00:54 PM | SENT |
| Abril Rivera | | arivera@scottdoug.com | 7/14/2025 4:00:54 PM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 7/14/2025 4:00:54 PM | SENT |
| Jessie Johnson | | jessie.johnson@nortonrosefulbright.com | 7/14/2025 4:00:54 PM | SENT |
| Cory Scanlon | | cory.scanlon@oag.texas.gov | 7/14/2025 4:00:54 PM | SENT |
| David Johns | | david@cobbjohns.com | 7/14/2025 4:00:54 PM | SENT |
| Stacey Jett | | sjett@adjltaw.com | 7/14/2025 4:00:54 PM | SENT |

Associated Case Party: Cook Children's Health Plan

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Karen Burgess | 796276 | kburgess@burgesslawpc.com | 7/14/2025 4:00:54 PM | SENT |
| Anna Baker | 791362 | abaker@adjtlaw.com | 7/14/2025 4:00:54 PM | SENT |
| Amy Warr | 795708 | awarr@adjtlaw.com | 7/14/2025 4:00:54 PM | SENT |
| Juliana Bennington | | jbennington@perkinscoie.com | 7/14/2025 4:00:54 PM | SENT |
| Jonathan Hawley | | jhawley@perkinscoie.com | 7/14/2025 4:00:54 PM | ERROR |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Amanda Ruch on behalf of Cory Scanlon
Bar No. 24104599
amanda.ruch@oag.texas.gov
Envelope ID: 103109548
Filing Code Description: Motion
Filing Description: 20250714 MET Young v Cook Childrens Health Plan_Final
Status as of 7/14/2025 4:20 PM CST

Associated Case Party: Cook Children's Health Plan

| Jonathan Hawley | | jhawley@perkinscoie.com | 7/14/2025 4:00:54 PM | ERROR |
|---|---|---|---|---|
| Reina A.Almon-Griffin | | ralmon-Griffin@perkinscoie.com | 7/14/2025 4:00:54 PM | SENT |
| Trisha Marino | | tmarino@perkinscoie.com | 7/14/2025 4:00:54 PM | SENT |
| Perkins Docketing Team | | DocketSEA@perkinscoie.com | 7/14/2025 4:00:54 PM | SENT |
| Katie Dolan-Galaviz | | kgalaviz@burgesslawpc.com | 7/14/2025 4:00:54 PM | SENT |
| Matthew Gordon | | mgordon@perkinscoie.com | 7/14/2025 4:00:54 PM | SENT |

Associated Case Party: Texas Children's Health Plan

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Mark Emery | 24050564 | mark.emery@nortonrosefulbright.com | 7/14/2025 4:00:54 PM | SENT |
| Warren Huang | 796788 | warren.huang@nortonrosefulbright.com | 7/14/2025 4:00:54 PM | SENT |
| Paul Trahan | 24003075 | paul.trahan@nortonrosefulbright.com | 7/14/2025 4:00:54 PM | SENT |
| Susan Harris | 6876980 | susan.harris@nortonrosefulbright.com | 7/14/2025 4:00:54 PM | SENT |
| Thomas Coulter | 4885500 | tom.coulter@nortonrosefulbright.com | 7/14/2025 4:00:54 PM | SENT |

Associated Case Party: Wellpoint Insurance Company

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Johnson | 10786400 | rjohnson@foley.com | 7/14/2025 4:00:54 PM | SENT |
| Michelle Ku | 24071452 | mku@foley.com | 7/14/2025 4:00:54 PM | SENT |
| Benjamin Grossman | | bjgrossman@foley.com | 7/14/2025 4:00:54 PM | SENT |
| Kristin Hernandez | | kristin.hernandez@foley.com | 7/14/2025 4:00:54 PM | SENT |
| Stacey Obenhaus | | sobenhaus@foley.com | 7/14/2025 4:00:54 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Amanda Ruch on behalf of Cory Scanlon
Bar No. 24104599
amanda.ruch@oag.texas.gov
Envelope ID: 103109548
Filing Code Description: Motion
Filing Description: 20250714 MET Young v Cook Childrens Health Plan_Final
Status as of 7/14/2025 4:20 PM CST

Associated Case Party: Superior Healthplan Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Richard Phillips | 24032833 | Rich.Phillips@hklaw.com | 7/14/2025 4:00:54 PM | SENT |
| J McCaig | 24070083 | meghan.mccaig@outlook.com | 7/14/2025 4:00:54 PM | SENT |
| Karen Walker | | karen.walker@hklaw.com | 7/14/2025 4:00:54 PM | SENT |
| Tiffany Roddenberry | | tiffany.roddenberry@hklaw.com | 7/14/2025 4:00:54 PM | SENT |

Associated Case Party: Texas Health and Human Services

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 7/14/2025 4:00:54 PM | SENT |
| Jennifer Cook | | Jennifer.Cook@oag.texas.gov | 7/14/2025 4:00:54 PM | SENT |

Associated Case Party: Aetna Better Health of Texas, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joseph Knight | 11601275 | jknight@ebbklaw.com | 7/14/2025 4:00:54 PM | SENT |

Associated Case Party: Molina Healthcare of Texas, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jason R.LaFond | | jlafond@scottdoug.com | 7/14/2025 4:00:54 PM | SENT |
| Cheryl LaFond | 24104015 | clafond@scottdoug.com | 7/14/2025 4:00:54 PM | SENT |